**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SYREETA GEORGE, *individually and on behalf of*
*others similarly situated,*

                         *Plaintiff,*

          -against-

ZA RESTAURANT MANAGEMENT LLC
(d/b/a RESERVE CUTS), and ALBIR
ALLAHAM

                    *Defendants,*

-----------------------------------------------------------X

**25-cv-04138-DEH**

**ORDER**

## JUDGMENT

On October 21, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, SYREETA GEORGE, has judgment against ZA RESTAURANT MANAGEMENT LLC (d/b/a RESERVE CUTS), and ALBIR ALLAHAM, jointly and severally, in the amount of Fifty-Two Thousand Dollars and Zero Cents ($52,000.00), which is inclusive of attorneys' fees and costs.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated:  November 3, 2025

                              _____
                                    HON. Dale E. Ho
                               United States District Judge